UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES ELLIS and WILLIAM PERRY,<br><br>Plaintiffs,<br><br>v.<br><br>FIDELITY MANAGEMENT TRUST COMPANY,<br><br>Defendant. | Case No. 1:15-cv-14128-WGY<br><br>**ORAL ARGUMENT REQUESTED** |

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant Fidelity Management Trust Company ("Fidelity") hereby moves for summary judgment. For the reasons stated in the accompanying Memorandum in Support of Defendant's Motion for Summary Judgment, summary judgment should be granted because (i) there is no genuine dispute of fact as to Fidelity's rigorous process for managing the Managed Income Portfolio ("MIP"); and (ii) plaintiffs' arguments regarding what they claim were imprudent investment decisions for MIP are classic hindsight attacks, unequivocally rejected by the First Circuit as a basis for liability under ERISA.

WHEREFORE, Fidelity respectfully requests that this Court grant summary judgment.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d), Fidelity requests a hearing on this Motion. Fidelity submits that a hearing shall assist the Court in its consideration and resolution of the issues presented herein.

Dated: February 17, 2017

Respectfully submitted,

FIDELITY MANAGEMENT TRUST COMPANY

By its attorneys,

*/s/ Gregory Jacob*
Brian D. Boyle (*pro hac vice*)
Gregory F. Jacob (*pro hac vice*)
Meaghan VerGow (*pro hac vice*)
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
Tel.: (202) 383-5300
bboyle@omm.com
gjacob@omm.com
mvergow@omm.com

John J. Falvey, Jr. (BBO# 542674)
Alison V. Douglass (BBO# 646861)
Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
Tel: (617) 570-1000
jfalvey@goodwinlaw.com
adouglass@goodwinlaw.com

## LOCAL RULE 7.1(A)(2) CERTIFICATION
## AND CERTIFICATE OF SERVICE

I, Gregory Jacob, hereby certify that counsel for Defendants conferred with opposing counsel on February 16, 2017 and were unable to resolve or narrow the issues presented in this motion prior to filing.

I further certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 17, 2017.

*/s/ Gregory Jacob*