**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**James Ellis et al**

                **Plaintiff**

**V.**

**Fidelity Management Trust Company**

                **Defendant**

**CIVIL ACTION**

**NO. 15cv14128-WGY**

## JUDGMENT

**YOUNG, D. J.**

In accordance with the Court's Memorandum and Order dated June 19, 2017, **GRANTING Fidelity's motion for summary judgment in the above-entitled action, it is hereby ORDERED:**

        Judgment for the DEFENDANT Fidelity Management Trust Company.

        By the Court,

**June 28, 2017**        /s/Matthew A. Paine

   **Date**                  **Deputy Clerk**