UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES ELLIS and WILLIAM PERRY, <br><br> Plaintiffs, <br><br> v. <br><br> FIDELITY MANAGEMENT TRUST COMPANY, <br><br> Defendant. | Case No. 1:15-cv-14128-WGY |

## <u>NOTICE OF APPEAL</u>

Notice is hereby given that James Ellis and William Perry, the Plaintiffs in the above-captioned matter, appeals to the United States Court of Appeals for the First Circuit from the Judgment entered in this action on June 28, 2017 (Dkt. No. 138).

Dated: July 7, 2017

Respectfully submitted,

/s/ Jason H. Kim
Todd Schneider (*pro hac vice*)
Jason H.  Kim (*pro hac vice*)
Kyle G.  Bates (*pro hac vice*)
SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Tel: (415) 421-7100
tschneider@schneiderwallace.com
jkim@schneiderwallace.com
mjohnson@schneiderwallace.com
kbates@schneiderwallace.com

Paul T.  Sullivan (BBO # 659413)
Jeffrey Gordon (BBO #685981)
ZELLE LLP
600 Worcester Road, Suite 101
Framingham, MA 07102

Tel: (781) 466-0700
psullivan@zelle.com
jgordon@zelle.com

Christopher T.  Micheletti (*pro hac vice*)
Heather T.  Rankie (*pro hac vice*)
ZELLE LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Tel: (415) 693-0700
cmicheletti@zelle.com
hrankie@zelle.com

Garrett W.  Wotkyns (*pro hac vice*)
SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS LLP
8501 N.  Scottsdale Rd., Suite 270
Scottsdale, Arizona 85253
Telephone: (480) 428-0145
Facsimile: (866) 505-8036
gwotkyns@schneiderwallace.com
mmckay@schneiderwallace.com

Matthew Righetti (*pro hac vice*)
RIGHETTI GLUGOSKI, P.C.
456 Montgomery Street, Suite 1400
San Francisco, CA 94104
Tel: (415) 983-0900

*Counsel for Plaintiffs James Ellis and William Perry*


## CERTIFICATE OF SERVICE

I certify that a true copy of the above document will be filed through the Court's ECF system and will be sent electronically to all counsel of record in this action.

By:      /s/ Jason H. Kim