# United States Court of Appeals
## For the First Circuit

No. 17-1693

JAMES ELLIS; WILLIAM PERRY,

Plaintiffs, Appellants,

v.

FIDELITY MANAGEMENT TRUST COMPANY,

Defendant, Appellee.

**JUDGMENT**

Entered: February 21, 2018

    This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's grant of summary judgment is affirmed.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Michael C. McKay
Garrett W. Wotkyns
Mark T. Johnson
Todd M. Schneider
Jason H. Kim
Christopher T. Micheletti
Rory D. Zamansky
Alison V. Douglass
Gregory F. Jacob
Brian D. Boyle
Jonathan Hacker
Bradley N. Garcia
Meaghan McLaine VerGow
Nancy G. Ross

Kevin M. Carroll
Brian David Netter
Steven Paul Lehotsky
Evan Young
Janet M. Jacobson